UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTINA RUPERT**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SANTANDER CONSUMER USA INC.**,<br><br>Defendant. | Case No.: 1:21-cv-06201<br><br>District Judge Sara L. Ellis |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiff Christina Rupert ("Plaintiff") and counsel for Defendant Santander Consumer USA Inc. ("SC"), that all individual claims of Plaintiff in this action, including all claims asserted in Plaintiff's Complaint, are dismissed with prejudice as to all parties, with all parties to bear their own fees and costs. The Parties stipulate that any claims of absent putative class members asserted against SC are dismissed without prejudice. This action should be marked closed.

| | |
|---|---|
| ZIMMERMAN LAW OFFICES, P.C.<br>THE WEITZ FIRM, LLC<br><br>By: /s/ Thomas A. Zimmerman<br>Thomas A. Zimmerman, Jr. (IL #6231944)<br>*tom@attorneyzim.com*<br>Sharon A. Harris<br>*sharon@attorneyzim.com*<br>Matthew C. De Re<br>*matt@attorneyzim.com*<br>Jeffrey D. Blake<br>*jeff@attorneyzim.com*<br>Zimmerman Law Offices, P.C.<br>77 W. Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>Telephone: (312) 440-0020<br>Facsimile: (312) 440-4180 | MCGUIREWOODS LLP<br><br>By: /s/ Benjamin J. Sitter<br>K. Issac DeVyver<br>*kdevyver@mcguirewoods.com*<br>Benjamin J. Sitter<br>*bsitter@mcguirewoods.com*<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh, PA 15222<br>412-607-6000<br><br>*Counsel for Defendant Santander Consumer USA Inc*<br><br>Dated: July 13, 2022 |

8

Max S. Morgan, Esquire
Eric H. Weitz, Esquire
THE WEITZ FIRM, LLC
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*Counsel for Plaintiff*

Dated: __July 13_____, 2022

**SO ORDERED**

_____     Dated: __August 5_____, 2022
Hon. Sara Ellis, U.S.D.J.

9